# First District Court of Appeal
## State of Florida

_____

No. 1D2024-3081
_____

Anthony Wilson,

Appellant,

v.

Ricky D. Dixon, Secretary,
Florida Department of
Corrections,

Appellee.

_____

On appeal from the Circuit Court for Suwanee County.
David W. Fina, Judge.

March 11, 2026

Per Curiam.

Affirmed.

Osterhaus, C.J., and Rowe and M.K. Thomas, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Anthony Wilson, Appellant, pro se.

James Uthmeier, Attorney General, and Sheron Wells, Assistant Attorney General, Tallahassee, for Appellee.